### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                               **Case No.: 5:93-cr-6-Oc-20**

**ALLEN D. POWERSTEIN**

_____

### O R D E R

On Thursday July 21, 2005, the Court conducted a status of this case.  As stated in open

court, Defendant shall have **thirty (30) days** to submit a pleading and/or a supporting legal

memorandum **addressing only the limited issue** of why this Court should not enter an Order

barring Defendant from filing any other pleadings or documents of any kind  in this Court,

subject to the pains and penalties of contempt of court, unless this Court is ordered by the

Eleventh Circuit Court of Appeal or the Supreme Court of the United States to accept the filing.

The United States shall have **five (5) days** from receipt of Defendant's submission to respond.

**DONE AND ENTERED** at Jacksonville, Florida, this 22 day of July, 2005.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Allen D. Powerstein, pro se
Mark B. Devereaux, AUSA